*1040 495 U. S. 490;
496 U. S. 912;
496 U. S. 912;
495 U. S. 933;
495 U. S. 934;
495 U. S. 934;
494 U. S. 1085;
495 U. S. 935;
494 U. S. 1090;
495 U. S. 935;
495 U. S. 960;
495 U. S. 916;
495 U. S. 936;
*1041 No. 89-6991.
No. 89-7000.
No. 89-7009.
No. 89-7017.
No. 89-7057.
No. 89-7070.
No. 89-7111.
No. 89-7117.
No. 89-7118.
No. 89-7119.
No. 89-7126.
No. 89-7129.
No. 89-7173.
No. 89-7205.
No. 89-7243.
No. 89-7263.
No. 89-7285.
495 U. S. 949;
495 U. S. 937;
495 U. S.
960;
495 U. S. 937;
495 U. S. 938;
495 U. S. 950;
495 U. S. 960;
495 U. S. 938;
495 U. S. 960;
495 U. S. 960;
495 U. S. 961;
495 U. S. 938;
496 U. S. 909;
496 U. S. 910;
495 U. S. 952;
495 U. S. 952; and
496 U. S. 929. Petitions for rehearing denied.